United States Bankruptcy Court
Middle District of Georgia
Albany Division

| | |
|---|---|
| In Re:    Khadeedra Lashawn Newby-Sparrow<br>1009 Bethel Road<br>Apt. A<br>Bainbridge, GA 39817<br><br>XXX-XX-5268 | Case Number:  22-10770-RMM<br><br>CHAPTER 13 |

Notice of Objection to Claim No. 8

THE CHAPTER 13 TRUSTEE, JONATHAN W. DELOACH, HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.  THIS NOTICE IS BEING SENT TO YOU PURSUANT TO FRBP 3007.

**Your claim may be reduced, modified, or eliminated.  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.  If not served with this notice in accordance with the Bankruptcy Code or the Federal rules of Bankruptcy Procedure, a copy of the objection may be obtained upon written request to counsel for the Chapter 13 Trustee, Jonathan W. DeLoach or at the Clerk's office.**

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **June 03, 2024** pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above.  The objection should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 1957
Macon, GA 31202
(478) 752 – 3506

**If a response is filed, a hearing on the objection shall be held on:**

**July 09, 2024 at  2:00 pm located at:**
**CB King U.S. Courthouse**
**201 W. Broad Avenue**
**Albany, GA 31701**

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

If you mail your response to the court for filing, you shall send it early enough so the court will  **receive** the response on or before the response date stated above.

Any response shall also be served to the objecting party: Chapter 13 Trustee , Middle District Of Ga, P.O. Box 1907, Columbus, GA 31902 and upon all other persons indicated on the certificate of service attached to this pleading .

**If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to M .D.GA. LBR 9004-1(C).

This 3 day of May 2024.

| | |
|---|---|
| Jonathan W.  DeLoach<br>Chapter 13 Trustee<br>P.O. Box 1907<br>Columbus, GA 31902<br>Telephone (706) 327-4151 | Kyle George, Clerk<br>United States Bankruptcy Court<br>P.O. Box 1957<br>Macon, GA 31202<br>Telephone (478) 752-3506 |

United States Bankruptcy Court
Middle District of Georgia
Albany Division

| | |
|---|---|
| In Re:    Khadeedra Lashawn Newby-Sparrow<br>1009 Bethel Road<br>Apt. A<br>Bainbridge, GA 39817<br><br>XXX-XX-5268 | Case Number:  22-10770-RMM<br><br>CHAPTER 13 |

Objection to Claim No. 8

Now comes the standing Chapter 13 Trustee and files this objection to claim filed by  Tallahassee Leon Federal Credit Union , in the amount of  $15,285.52 designated as claim no. 8 in the Courts records.

The vehicle securing its claim was totaled and the creditor has failed to amend the claim to show a deficiency balance .

WHEREFORE, the Trustee prays that the Court enter an order lowering the secured portion of claim no . 8 to $7,612.5 .

This 3 day of May 2024.

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

/s/  Jonathan W.  DeLoach

Jonathan W. DeLoach, Trustee

United States Bankruptcy Court
Middle District of Georgia
Albany Division

In Re:     Khadeedra Lashawn Newby-Sparrow                    Case Number:  22-10770-RMM
           1009 Bethel Road
           Apt. A                                            CHAPTER 13
           Bainbridge, GA 39817

           XXX-XX-5268

---

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document   (1) via electronic notice to parties who are ECF Filers and Consenting Users , (2) via electronic notice to ECF Filers and Consenting Users who represent parties , or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below .Bank Officers have been noticed via Certified Mail .

Khadeedra Lashawn Newby-Sparrow                              Robert J. Pinnero
1009 Bethel Road
Apt. A                                                       (Counsel for Debtor)
Bainbridge,GA 39817


(Debtor)

Tallahassee Leon Federal Credit Union
1827 Capital Circle Ne
Tallahassee, FL  323084455

(Creditor)

 Heckman Law Group, P.I.
 Po Box 12492
 Tallahassee, FL  32317


This 3 day of May 2024 .                                     /s/  Jonathan W.  DeLoach

P.O. Box 1907                                                Jonathan W. DeLoach, Trustee
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com