**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | **:** | Chapter 13 |
| Khadeedra Lashawn Newby-Sparrow, | **:** | |
| Debtor. | **:** | Case No. 22-10770-rmm |

## NOTICE OF CONVERSION OF CASE TO CHAPTER 7

The Debtor, by and through her attorney of record, represents and states as follows:

1.

The Debtor is unable to comply with her Chapter 13 plan and do not desire to modify the plan.

2.

The Debtor qualifies as a Debtor under Chapter 7 of the Bankruptcy Code.

3.

Under section 1307(a) of the Bankruptcy code, the Debtor is entitled to convert her Chapter 13 case to a case under Chapter 7 at any time, and the Debtor now wishes to convert her Chapter 13 to a Chapter 7.

WHEREFORE, the Debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, hereby gives notice of the conversion of this Chapter 13 case to a case Under Chapter 7 of the Bankruptcy Code.

This 31st day of May, 2024.

/s/ Robert J Pinnero
Robert J. Pinnero
Attorney for Debtor
State Bar No. 580389
409 N Jackson Street
Post Office Box 1379
Albany, Georgia  31702-1379
(229)436-9661
robert@rpinnerolaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Khadeedra Lashawn Newby-Sparrow, | : | |
| Debtor. | : | Case No. 22-10770-rmm |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and exact copy of the foregoing Notice of Conversation of Case to Chapter 7 by depositing same in the United States mail in a properly addressed envelope with sufficient postage affixed thereon to insure delivery to U.S. Bankruptcy Court, the Chapter 13 Trustee and all creditors and other interested parties on the attached Matrix.

This 31st day of May, 2024.

/s/ Robert J Pinnero
Robert J. Pinnero
Attorney for Debtor
State Bar No. 580389
409 N Jackson Street
Post Office Box 1379
Albany, Georgia  31702-1379
(229)436-9661
robert@rpinnerolaw.com