```
Label Matrix for local noticing          Envision Credit Union                    1
113G-1                                   c/o D. Tyler Van Leuven                  433 Cherry Street
Case 22-10770-RMM                        PO Box 3637                              P.O. Box 1957
Middle District of Georgia               Tallahassee, FL 32315-3637               Macon, GA 31202-1957
Albany
Fri May 31 10:34:26 EDT 2024

Capital Regional Medical Center          Credence Resource Management, LLC        Ecsi/keiser University
Resurgent Capital Services               Attn: Bankruptcy                         100 Global View Dr
PO Box 1927                              4222 Trinity Mills Road Suite 260        Warrendale, PA 15086-7612
Greenville, SC 29602-1927                Dallas, TX 75287-7666


Envision Credit Union                    (p)FIRST FEDERAL CREDIT CONTROL  INC     Florida Department of Economic Opportuni
Attn: Bankruptcy                         24700 CHAGRIN BLVD                       107 E Madison Street
Po Box 5198                              SUITE 205                                Tallahassee, FL 32399-6545
Tallahassee, FL 32314-5198               BEACHWOOD OH 44122-5630


General Revenue Corporation              (p)GEORGIA DEPARTMENT OF REVENUE         Gill's Rental Purchase
Attn: Bankruptcy Dept.                   COMPLIANCE DIVISION                      2769 Ledo Road
4660 Duke Dr, Ste 200                    ARCS BANKRUPTCY                          Albany, GA 31707-1247
Mason, OH 45040-8466                     1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Internal Revenue Service                 (p)JEFFERSON CAPITAL SYSTEMS LLC         PARAGON EMERGENCY SERVICES LLC
PO Box 7346                              PO BOX 7999                              PO BOX 1123
Philadelphia, PA 19101-7346              SAINT CLOUD MN 56302-7999                MINNEAPOLIS, MN 55440-1123


Ratavia Newby                            Saint Leo University                     Tallahassee-Leon Federal Credit Union
2331 Whispering Pines Road, Apt H4       PO Box 6665 MC 2097                      Heckman Law Group
Albany, GA 31707-1114                    Saint Leo, FL 33574-6665                 P.O. Box 12492
                                                                                  Tallahassee, FL 32317-2492


(p)TALLAHASSEE LEON FEDERAL CREDIT UNION U.S. Trustee - MAC                       UNITED STATES DEPARTMENT OF EDUCATION
1827 CAPITAL CIRCLE NE                   440 Martin Luther King Jr. Boulevard     CLAIMS FILING UNIT
TALLAHASSEE FL 32308-4455                Suite 302                                PO BOX 8973
                                         Macon, GA 31201-7987                     MADISON WI 53708-8973


USDOE/GLELSI                             Jonathan W. DeLoach                      Khadeedra Lashawn Newby-Sparrow
Attn: Bankruptcy                         Office of The Chapter 13 Trustee         1009 Bethel Road
Po Box 7860                              P. O. Box 1907                           Apt A
Madison, WI 53707-7860                   Columbus, GA 31902-1907                  Bainbridge, GA 39817


Robert J. Pinnero
Robert J. Pinnero, PC
409 N Jackson Street
Albany, GA 31701-5128
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
First Federal Credit Control        (d)First Federal Credit Control, Inc    Georgia Department of Revenue
Attn: Bankruptcy                    24700 Chagrin Blvd, Suite 205            Compliance Division
24700 Chagrin Blvd, Ste 205         Cleveland, OH 44122                      ARCS Bankruptcy
Cleveland, OH 44122                                                          1800 Century Blvd NE, Ste 9100
                                                                             Atlanta, GA 30345


Jefferson Capital Systems LLC       (d)Jefferson Capital Systems, LLC        Tflcu
Po Box 7999                         Attn: Bankruptcy                         1827 Capital Circle Ne
Saint Cloud MN 56302-9617           16 Mcleland Road                         Tallahassee, FL 32308
                                    Saint Cloud, MN 56303
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Envision Credit Union            End of Label Matrix
C/O D Tyler Van Leuven              Mailable recipients    24
Post Office Box 3637                Bypassed recipients     1
Tallahassee, FL 32315-3637          Total                  25
```